UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ANNE VALDEZ, et al.,                                        :
                              Plaintiffs,                   :
                                                            :     22 Civ. 1783 (LGS)
              -against-                                     :
                                                            :     ORDER
THE UNITED STATES OF AMERICA,                               :
                              Defendant.                    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated March 25, 2022, required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference;

WHEREAS, the initial pretrial conference is scheduled for May 4, 2022, at 4:20 P.M.;

WHEREAS, Defendant was served on March 22, 2022;

WHEREAS, Defendant was required to respond to the Complaint by April 12, 2022;

WHEREAS, Defendant has not appeared in this case and has not timely responded to the Complaint;

WHEREAS, the parties failed to file the joint letter or proposed case management plan.  It is hereby

**ORDERED** that, if Plaintiff is in communication with Defendant, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **April 29, 2022,** and shall explain why they have not complied with the Court's deadlines.  If Defendant refuses to cooperate in the preparation of these documents, Plaintiff shall prepare and file them.  If Plaintiff is not in communication with Defendant, no later than **April 29, 2022**, Plaintiff shall file a letter (1) requesting further adjournment of the initial pretrial conference for up to 30 days and (2) proposing a date prior to the conference to present an Order to Show Cause for default judgment as to Defendant and related papers as provided in the Court's Individual Rules.

Dated: April 28, 2022
       New York, New York

                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE