UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANNE VALDEZ, et al.,
                 Plaintiffs,

-against-

UNITED STATES OF AMERICA,
                 Defendants.
------------------------------------------------------------X

22 Civ. 1783 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated November 17, 2022, required the parties to file a status letter on November 22, 2022, updating the Court on the status of efforts to obtain records from the last medical provider and providing firm dates on which all remaining depositions are scheduled to and will take place;

WHEREAS, the parties failed to submit the letter. It is hereby

**ORDERED** that, by **December 1, 2022**, the parties shall file the status letter.

Dated: November 28, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE